UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nisael Reynoso Gomez,<br><br>    *Petitioner,*<br><br>  v.<br><br>JOSEPH D. McDONALD, Jr., Sheriff, Plymouth County Correctional Facility; PATRICIA H. HYDE, Acting Field Office Director, Boston Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; PAMELA JO BONDI, United States Attorney General, *in their official capacities*,<br><br>    *Respondents.* | Civil Action No.:<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

**PETITION FOR A WRIT OF HABEAS CORPUS**
**PURSUANT TO 28 U.S.C. § 2241**

## I. INTRODUCTION

Petitioner, Nisael Reynoso Gomez, ("Mr. Reynoso") a 21-year-old native and citizen of the Dominican Republic residing in Massachusetts since June 29, 2021, respectfully petitions this Court for a writ of habeas corpus on the ground that he is being unlawfully detained and will likely be transferred to a distant detention center in another state in violation of federal law and the Due Process Clause of the Fifth Amendment. Mr. Reynoso's detention is based on an unwarranted and unreasonable interpretation of 8 U.S.C. §1226. The Immigration and Customs Enforcement Division of the Department of Homeland Security ("ICE") is holding Mr. Reynoso in an unlawful, unreasonably prolonged or indefinite detention because it has detained Mr. Reynoso without bond after he was arrested in Lynn, Massachusetts by ICE agents while he was driving his mother to an appointment.

At the moment, it is believed that Mr. Reynoso has been transferred to the Plymouth County Correctional Facility. Mr. Reynoso is a single gay young man who was granted Deferred Action by U.S. Citizenship and Immigration Services (Form I-360) as a Special Immigrant Juvenile Status. That petition was approved on July 25, 2023. He was given an employment authorization valid until July 24, 2027, which remains valid today. The only reason Mr. Reynoso has not been able to obtain his permanent resident card is because of the backlog being experienced by USCIS. Mr. Reynoso is currently enrolled at Northshore Community College where he has been studying to become a physical therapist. He has no criminal history whatsoever. Mr. Reynoso has no connection to any other state. His entire time in the United States has been spent in Massachusetts where his mother, a lawful permanent resident resides and other members of his family and community are also located. Mr. Reynoso is not supposed to be detained or removed from the United States while his deferred action granted by USCIS is still valid as he waits for his immigrant

visa (green card) to become available. He fears being transferred to a remote location where his access to counsel, family and supporting community will be severely curtailed.

## II.   JURISDICTION AND VENUE

1. This action arises under the Due Process Clauses of the Fifth Amendment to the United States Constitution and the Rehabilitation Act, 29 U.S.C. § 701 *et seq.*

2. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 2241 (habeas corpus), 28 U.S.C. § 1331 (federal question), 5 U.S.C. § 702 (waiver of sovereign immunity), 28 U.S.C. § 1346 (original jurisdiction), and Article I, Section 9, clause 2 of the United States Constitution (the Suspension Clause).

3. Venue is proper in the District of Massachusetts pursuant to 28 U.S.C. § 2241(d) and pursuant to 28 U.S.C. § 1391(b) and (e).

## III.   PARTIES

4. Petitioner-Plaintiff, Nisael Reynoso Gomez, is a native and citizen of the Dominican Republic who is currently detained by ICE either at their Burlington, Massachusetts processing office or at the Plymouth County Correctional Facility. He is 21 years old. He is a person granted Special Immigrant Juvenile Status as a result of having entered as a minor who suffered abandonment or abuse by his father in the Dominican Republic, who is also domiciled in Massachusetts. Prior to his detention by ICE, Mr. Reynoso was studying at Northshore Community College where he was studying to become a physical therapist. He has no criminal history whatsoever and

lives with his mother and sister in Lynn, Massachusetts. His entire life revolves around going to school and helping out his mother and sister.

5. Respondent-Defendant Joseph D. McDonald is the Plymouth County Sheriff and is in charge of overseeing the administration and management of the Plymouth County Correctional Facility, where Mr. Reynoso is detained. Defendant McDonald is the legal custodian of Plaintiff. He is sued in his official capacity.

6. Respondent-Defendant Patricia H. Hyde is the ICE Boston Field Office Acting Director. The Boston Field Office is responsible for carrying out ICE's immigration detention operations at all of New England detention centers that house immigration detainees, including Plymouth County Correctional Facility. Defendant Hyde is a legal custodian of plaintiff. He is sued in her official capacity.

7. Respondent-Defendant Kristi Noem is the Secretary of the Department of Homeland Security performing the Duties of the Director of DHS. Defendant Noem is responsible for ICE's policies, practices, and procedures, including those relating to the detention of immigrants. Defendant Noem is a legal custodian of Plaintiff. She is sued in her official capacity.

8. Respondent-Defendant Todd M. Lyons is the Acting Director, United States Immigration and Customs Enforcement. Defendant Lyons is a legal custodian of Plaintiff. He is being sued in his official capacity.

**IV.    FACTS**

9. Mr. Reynoso has been a resident of Massachusetts since June 29, 2021. He has never been in removal proceedings and has an approved application for Special Immigrant Juvenile Status. He was granted Deferred Action by USCIS and is only waiting for his immigrant visa to become available. The moment the immigrant visa becomes available, he will be eligible for adjustment of status.

10. He is also eligible for asylum in the United States as member of a particular social group, i.e., a gay man from the Dominican Republic.

11. The Department of Homeland Security knows that Mr. Reynoso has an approved I-360 as a Special Immigrant Juvenile Status because they approved his application in 2023 and granted him Deferred Action and employment authorization. He has never been arrested for any criminal activity whatsoever anywhere in the world and is eligible to adjust his status as soon as the immigrant visa becomes available.

12. As of today, Mr. Reynoso has been denied release by ICE and was transferred to Plymouth County Correctional Facility. His continued detention and move is not only clearly erroneous and unreasonable but also unconstitutional.

13. At a minimum, Mr. Reynoso seeks a writ of habeas corpus and release from custody under bond. He claims that persons such as himself are neither a danger to the community nor a flight risk, and are being unreasonably held by ICE and must be released under bond or on an order of supervision. Mr. Reynoso further claims that detention and move to a remote location by ICE is both unreasonable and unconstitutional and the Administrative Procedures Act.

## V.     EXHAUSTION

14.     No prior writ of habeas corpus has been made by Mr. Reynoso.

15.     No court has previously addressed the merits of Mr. Reynoso's case.

16.     Mr. Reynoso contends that he is highly likely to be successful in his removal proceedings before the Immigration Judge or U.S. Citizenship and Immigration Services because the Department of Homeland Security had previously granted him Deferred Action and granted him employment authorization. His arrest and detention are inexplicable and a capricious action by the government.

## VI.     PRAYER FOR RELIEF

17.     WHEREFORE, Petitioner requests this Honorable court:

   a)     order his immediate release, or set a bond hearing under the proper standard as soon as practicable; or in the alternative;

   b)     issue an order directed to the Respondents to show cause why the Petitioner should not be released from custody;

   c)     grant Petitioner reasonable attorney's fees; and

   d)     grant Petitioner such other and further relief as the Court determines appropriate.

## VII.     VERIFICATION

18.     I, Carlos E. Estrada, hereby declare that the allegations in the attached Petition/Complaint are true and accurate to the best of my knowledge and belief.

Dated: May 23, 2025

                                            Respectfully submitted,

                                            /s/ Carlos E. Estrada
                                            Estrada Law Office
                                            480 William F. McClellan Hwy.
                                            Suite 203C
                                            East Boston, MA 02128
                                            617-742-3030

## CERTIFICATE OF SERVICE

I, Carlos E. Estrada, hereby swear that on May 23, 2025, I served by certified mail, return receipt requested, postage prepaid, a copy of this Petition for Writ of Habeas Corpus to:

    Joseph D. McDonald, Jr., Sheriff
    Plymouth County Correctional Facility
    24 Long Pond Road
    Plymouth, MA 02360

    Kristi Noem, Secretary of Homeland Security
    Office of the U.S. Attorney/Boston District
    One Courthouse Way
    Boston, MA 02210

    Patricia H. Hyde, Acting Field Administrator
    DHS Office of Enforcement and Removal
    10 New England Executive Park
    Burlington, MA 01803

 /s/ Carlos E. Estrada
Estrada Law Office
480 William F. McClellan Hwy.
Suite 203C
East Boston, MA 02128
617-742-3030