UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nisael Reynoso Gomez,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PATRICIA HYDE, Acting Director of Boston Field Office, United States Immigration and Customs Enforcement, et al.,<br><br>　　　　Respondents. | Civil Action No. 1:25-cv-11497-GAO |

## STATUS REPORT

Respondents provide the following Status Report as to Petitioner's detention location as directed by this Court's Order. Doc. No. 4.

The U.S Immigration and Customs Enforcement (ICE) Detainee Locator website reflects that Petitioner is currently detained at the Delaney Hall Detention Facility. This facility is located at 451 Doremus Avenue, Newark, NJ 07105.

According to ICE agency counsel, Petitioner was transferred to this facility on May 24, 2025, prior to the issuance of this Court's Order Concerning Service of Petition and Stay of Transfer or Removal on May 27, 2025.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LEAH B. FOLEY
　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: May 29, 2025　　　　By:　/s/ Mark Sauter
　　　　　　　　　　　　　　　　Mark Sauter
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　Tel.:(617) 748-3347
　　　　　　　　　　　　　　　　Email: mark.sauter@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 29, 2025　　　　　　　　By:　*/s/ Mark Sauter*
　　　　　　　　　　　　　　　　　　　　　Mark Sauter
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney